AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| United States of America<br>v.<br>ANDRES GORDILLO TERRASO,<br>a/k/a ISMAEL LOZANO,<br>a/k/a CUVA DONATO,<br><br>*Defendant(s)* | Case No. 19-204M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 12, 2019__ in the county of __New Castle__ in the _____ District of __Delaware__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(b)(2) | Illegal Reentry of Previously Removed Alien |

This criminal complaint is based on these facts:
See the attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

John Hanlon, ICE Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/15/2019

*Judge's signature*

City and state: Wilmington, Delaware

Hon. Sherry R. Fallon, U.S. Magistrate Judge
*Printed name and title*

Case 1:19-mj-00204-UNA Document 1 Filed 07/15/19 Page 2 of 4 PageID #: 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIM. ACT. NO. 19 -_____ |
| | ) | |
| ANDRES GORDILLO TERRASO, | ) | |
| a/k/a ISMAEL LOZANO, | ) | |
| a/k/a CUVA DONATO, | ) | |
| | ) | |
| Defendant. | ) | |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your affiant, John Hanlon, being duly sworn, does depose and say:

1. I am a Deportation Officer with the Department of Immigration & Customs Enforcement ("ICE"), a branch of the United States Department of Homeland Security ("DHS"), at the ICE office located in Dover, Delaware. I have been employed by Immigration and Customs Enforcement since January 2, 2007.

2. This investigation is based upon information provided in DHS/ICE records, National Crime Information Center ("NCIC") records, Federal Bureau of Investigation ("FBI") records, and by my own observations, interviews, training and experience. Since this affidavit is only for purposes of establishing probable cause for an arrest pursuant to Title 8, United States Code, Sections 1326(b)(2), not all facts related to this investigation are contained herein.

3. On or about June 12, 2019, the Howard R. Young Correctional Institution in Wilmington, Delaware notified the ICE Dover office that a possible illegal alien was in their custody. ICE database and NCIC record checks were conducted that indicated that the subject, Andres GORDILLO TERRASO, was a possible illegal alien from Mexico.

4. On June 12, 2019, Deportation Officers obtained the fingerprints of GORDILLO

TERRASO at the Howard R. Young Correctional Institution in Wilmington, Delaware. Officers queried the subject's fingerprints in ICE's automated database. The results of that query showed that these fingerprints matched Alien #XXXXXX022. Officers also searched GORDILLO TERRASO's fingerprints in the FBI database. These fingerprints matched FBI # XXXXXAC6.

5. No post-arrest statements were made in this investigation.

6. Your affiant has reviewed DHS/ICE alien database records and GORDILLO TERRASO's alien file (XXXXXX022), which reflect the following:

a. GORDILLO TERRASO was born in Mexico.

b. GORDILLO TERRASO originally entered the United States on or about an unknown date, at an unknown location without admission, inspection, or parole from an Immigration Official. GORDILLO TERRASO was encountered by Immigration Officers in 2010 while incarcerated in the Delaware Department of Corrections.

c. GORDILLO TERRASO was convicted on or about October 26, 2010 in New Castle County, Delaware for the offense of Robbery 2nd (Title 11, Section 831(A)(2) of the Delaware Code), a crime punishable by more than one year in prison.

d. On or about November 16, 2010, GORDILLO TERRASO was ordered removed to Mexico as an aggravated felon as defined in section 237(a)(2)(A)(iii) of the Immigration and Nationality Act, as amended, because he was convicted of an aggravated felony as defined under 8 U.S.C. § 1101(a)(43)(G).

e. GORDILLO TERRASO was subsequently removed to Mexico through a port of entry in Brownsville, Texas on December 17, 2010.

f. The records contain no indication that GORDILLO TERRASO had obtained permission from the United States government to re-enter the country.

WHEREFORE, Your affiant avers that there is probable cause to believe that Andres GORDILLO TERRASO, a citizen and alien of the Mexico, was found in the United States on June 12, 2019 after having been removed therefrom to Mexico on December 17, 2010 subsequent to an Aggravated Felony conviction and not having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States in violation of Title 8, United States Code, Sections 1326(b)(2).

John Hanlon
Deportation Officer
United States Immigration & Customs Enforcement

Subscribed and sworn to
before me this 15th day of July, 2019

HONORABLE SHERRY R. FALLON
United States Magistrate Judge
District of Delaware

3